In re Tri-Parish Investors, Ltd.; Chas-tant, Robert Brown, Dr.; Chastant, Susan Cox, Mrs.; Lorio, Michael R., Dr.; Lorio, Ann Himel, Mrs.; McJimsey, Robert, Dr.; McJimsey, Myra B., Mrs.; Sutton, Lionel H., *168 Sr.; — Defendant(s); applying for writ of cer-tiorari and/or review; to the Court of Appeal, Third Circuit, No. CA92-0814; Parish of Iberia, Sixteenth Judicial District Court, Div. “D”, No. 66,338.
Denied.
DENNIS, WATSON and LEMMON, JJ., would grant the writ.
MARCUS, J., not on panel.